# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA KILGO, <br>                  Plaintiff, <br>        vs. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br>                  Defendant. | Case No. EDCV 12-0449-DTB <br><br> **J U D G M E N T** |

      In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: April 23, 2013

                                                    DAVID T. BRISTOW
                                                    UNITED STATES MAGISTRATE JUDGE