1    LAW OFFICES OF BILL LATOUR
2    BILL LATOUR [CSBN: 169758]
          1420 E. Cooley Dr., Suite 100
3         Colton, California 92324
4         Telephone: (909) 796-4560
          Facsimile:  (909) 796-3402
5         E-Mail: fed.latour@yahoo.com
6
7    Attorney for Plaintiff

8                   UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10   MIRANDA KILGO,                    )    No.  EDCV 12-00449 DTB
11                                     )
                                       )
12        Plaintiff,                   )    [PROPOSED] ORDER AWARDING
                                       )    EAJA FEES
13        v.                           )
14                                     )
     CAROLYN W. COLVIN,                )
15   Commissioner Of Social Security,  )
16                                     )
          Defendant.                   )
17   _____)

18        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19        IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20   THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the
21   stipulation.
22
23        DATE:  May 29, 2013    _____
24
25                                HON. DAVID T. BRISTOW
                                  UNITED STATES MAGISTRATE JUDGE
26
27   _____

28        [1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013,
     and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-